940 A.2d 293

IN THE MATTER OF BRIAN P. CAMPBELL,
AN ATTORNEY AT LAW.

February 7, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–193, concluding that **BRIAN P. CAMPBELL** of **UNION CITY,** who was admitted to the bar of this State in 1986, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation of client funds) and *RPC* 1.15(d) (recordkeeping violations);

And the Court having determined from its review of the matter pursuant to *Rule* 1:20–16(b) that a censure is the appropriate quantum of discipline for respondent's unethical conduct and having concluded that respondent should be required to submit quarterly-reconciliations of his attorney accounts to the Office of Attorney Ethics for a period of two years;

And good cause appearing;

It is ORDERED that **BRIAN P. CAMPBELL** is hereby censured; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics quarterly reconciliations of his attorney accounts to the Office of Attorney Ethics for a period of two years and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.